Judgment rendered May 3, 2023.

No. 55,216-KA

COURT OF APPEAL
SECOND CIRCUIT
STATE OF LOUISIANA

* * * * *

STATE OF LOUISIANA                          Appellee

versus

JEREMY D. RAINEY                            Appellant

* * * * *

Appealed from the
First Judicial District Court for the
Parish of Caddo, Louisiana
Trial Court No. 382,184

Honorable Erin Leigh Waddell Garrett, Judge

* * * * *

LOUISIANA APPELLATE PROJECT          Counsel for Appellant
By: Douglas Lee Harville

JAMES E. STEWART, SR.                 Counsel for Appellee
District Attorney

ROSS S. OWEN
ERICA N. JEFFERSON
Assistant District Attorneys

* * * * *

Before COX, STEPHENS, and ELLENDER, JJ.

NOT DESIGNATED FOR PUBLICATION.
Rule 2-16.3, Uniform Rules, Courts of Appeal.

**PER CURIAM.**

This appeal arises from the defendant's convictions and sentences for possession with intent to distribute a Schedule I CDS, marijuana (less than two and one-half pounds), possession with intent to distribute a Schedule II CDS, methamphetamine (less than 28 grams), possession with intent to distribute a Schedule II CDS, cocaine (less than 28 grams), illegal carrying of weapons while in possession of a CDS, and possession of a firearm by a convicted felon. A review of the appellate record reveals that the trial court failed to rule on the defendant's pro se motion for post-verdict judgment of acquittal prior to sentencing the defendant, in accordance with La. C. Cr. P. art. 821.

Accordingly, the defendant's sentences are hereby vacated, the appeal is dismissed, and the matter is remanded to the trial court for further proceedings. The defendant may appeal any adverse rulings or any sentences subsequently imposed. *State v. Jackson*, 614 So. 2d 783 (La. App. 2 Cir. 1993); *State v. Whitaker*, 51,632 (La. App. 2 Cir. 5/25/17), 225 So. 3d 524.